**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00939-CR

## DAO MINH TRUONG, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-80748-2013

## ORDER

The Court **GRANTS** appellant's January 17, 2014 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on January 24, 2014 filed as of the date of this order.

We **ORDER** court reporter Sheri Vecera to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 16, a CD of a jail call.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sheri Vecera, official court reporter, 199th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS<br>
       JUSTICE
